SO ORDERED: September 23, 2014.



James K. Coachys
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# AT INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No.: 14-06827 |
| AVANTI RENEE MCDAMON-FREEMAN<br>AKA AVANTI RENEE FREEMAN | Chapter 7 |
| Debtor | Judge: JAMES K. COACHYS |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

This matter is before the Court upon the Motion for Relief from Stay and Abandonment ("Motion") filed by PennyMac Loan Services, LLC ("Creditor"). The Motion demonstrates that the Creditor holds a security interest in the real property commonly known as 8109 Birchfield Drive, Indianapolis, IN 46268 and that the Creditor is not adequately protected. Therefore, for good cause shown, this Court GRANTS the Motion for Relief from Stay and Abandonment and Creditor is authorized to proceed with its State Law rights, including, but not limited to its right to proceed with a foreclosure sale of the real property commonly known as 8109 Birchfield

Drive, Indianapolis, IN 46268. Additionally, the provisions of Bankruptcy Rule 4001(a)(3) are hereby waived, said real estate is hereby abandoned and this order is effective immediately.

###